**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **INDICTMENT** |
| | : | |
| **v.** | : | **CRIMINAL NO.** |
| | : | |
| **ELIJAH RICHARDSON,** | : | **VIOLATION(S):** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 922(g)(1)** |
| | : | **18 U.S.C. § 924(a)(8)** |
| | : | **18 U.S.C. § 924(e)(2)** |
| | : | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Possession of a Firearm by a Convicted Felon)**

That on or about August 30, 2025, in the Columbus Division of the Middle District of Georgia, the Defendant,

**ELIJAH RICHARDSON,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one (1) Taurus, Model G3c, 9mm, semiautomatic pistol, bearing serial number ACB499517, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further alleges that, before the Defendant committed the offense charged in this count, the Defendant had at least three previous convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented By:

Veronica Hansis
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15th day of September, AD 2026.

Deputy Clerk